IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                    PLAINTIFF
ADC #90785

v.                     CASE NO. 5:11CV00203 BSM/HDY

YOLANDA CLARK                                                  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice, and the relief sought is denied.

Dated this 15th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE